**Elmer C. OBERHELLMANN, a trustee of an ERISA defined benefit pension plan, Appellant,**

v.

**Kristin Petersen OBERHELLMANN, a trustee and fiduciary of the ERISA defined benefit pension plan, Appellee.**

No. 00–1256.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 19, 2001.

Before RICHARD S. ARNOLD and BOWMAN, Circuit Judges, and KYLE,[1] District Judge.

---

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, sitting by designation.

PER CURIAM.

The District Court[2] dismissed plaintiff Elmer C. Oberhellmann's lawsuit with prejudice as a sanction for plaintiff's repeated, knowing failure to adhere to the Federal Rules of Civil Procedure. Plaintiff appeals. Having reviewed the case, we are thoroughly satisfied the District Court did not abuse its discretion in dismissing plaintiff's case with prejudice. Accordingly, we affirm.

AFFIRMED. *See* 8th Cir. R. 47B.

---

**2.** The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.